1                                                                              JS-6

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                     CENTRAL DISTRICT OF CALIFORNIA

9

10   AJESH S. BHAKTA, et al.,              CV 20-1480 PA (KSx)

11            Plaintiff,                   JUDGMENT

12       v.

13   DHARMENDRA M. BHAKTA, et al.,

14            Defendants.

15

16

17       Pursuant to the Court's March 11, 2021 Order granting Defendants' Motion to

18   Dismiss,

19       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall

20   have judgment in their favor against Plaintiffs.

21       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take

22   nothing.

23       IT IS SO ORDERED.

24

25   DATED: March 11, 2021         _____

26                                 Percy Anderson
                                   UNITED STATES DISTRICT JUDGE

27

28